Thalheimer & Weitz *v.* R. M. Luff Construction Company (et al., Appellant).

Argued April 29, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*David E. Thomas,* with him *Raspin, Espenshade, Heins & Erskine,* for appellant.

*Andrew B. Cantor,* with him *Robert K. Greenfield, Goodis, Greenfield, Narin & Mann,* and *Wisler, Pearlstine, Talone, Craig & Garrity,* for appellee.

OPINION PER CURIAM, October 12, 1971:
Judgment affirmed.
Mr. Chief Justice BELL took no part in the consideration or decision of this case.